IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JEFFERY DALE WILLIAMSON                                                              PLAINTIFF

v.                              CASE NO. 2:21-CV-2012

SHERIFF HOBE RUNION,
JAMES CARTER, AND
MEDICAL SUPERVISOR
CHRISTEENA FERGUSON                                                                  DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this May 4, 2021.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE